FILED
2025 Dec-05  PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY DITMAN and** | ) | |
| **JENNIFER DITMAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 5:23-cv-1689-CLS** |
| | ) | |
| **LENNAR HOMES OF** | ) | |
| **ALABAMA, LLC; LENNAR** | ) | |
| **HOMES COASTAL REALTY,** | ) | |
| **LLC; BRELAND COMPANIES,** | ) | |
| **LLC; and BRELAND HOMES** | ) | |
| **COASTAL, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The court having been notified that all claims embraced in this action have been resolved, it is ORDERED, ADJUDGED, and DECREED that this case be, and the same hereby is, DISMISSED with prejudice — provided, however, that if the terms of the settlement are not fully consummated within a reasonable period of time, not to exceed 45 days from this date, the court will entertain a petition to reinstate this action; and such reinstatement, if and when allowed, shall relate back to the original date of filing. Costs are taxed as paid. All pending motions are DENIED as moot. The clerk is directed to close this file.

**DONE** and **ORDERED** this 5th day of December, 2025.

Senior  United  States  District  Judge